**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01476-CMA-CBS

TRACI PITTMAN,

    Plaintiff,

v.

HERITAGE CHRISTIAN CENTER, a nonprofit corporation,

    Defendant.

_____

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

The parties Stipulation for Dismissal With Prejudice (Doc. # 31), filed April 28, 2009, is GRANTED.  It is therefore

ORDERED that the Compliant and civil action are dismissed with prejudice, each party to pay their own costs and attorney's fees.

DATED:   April 29, 2009.

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge